

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2014

No. 04-13-00094-CV

Dr. Hector **FARIAS** and Voices in Democratic Action (VIDA),
Appellants

v.

Eduardo A. **GARZA** and Uni-Trade Forwarding, L.C.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVT-001496-D1
Honorable Fred Shannon, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The court has considered the appellees' motion for reconsideration en banc, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court